1  JaVonne M. Phillips, Esq., SBN 187474
   Jeffrey S. Totah, Esq., SBN 220287
2  **McCarthy & Holthus, LLP**
   1770 Fourth Avenue
3  San Diego, CA  92101
   Phone (619) 685-4800
4  Fax (619) 685-4810

5  Attorney for: Secured Creditor,
   Arch Bay Holdings, LLC-Series 2008B, its assignees and/or successors and the servicing agent
6  Marix Servicing LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re: | ) Case No. 09-49662 N |
| | ) |
| Nene V Ndah-Fingesi, | ) Chapter   13 |
| | ) |
| | ) RS No.   JST-4765 |
| | ) |
| | ) **MOTION FOR RELIEF FROM** |
| Debtor. | ) **AUTOMATIC STAY** |
| | ) |
| | ) Date:  03/18/2010 |
| | ) Time:  10:30 A.M. |
| | ) Ctrm:  220 |
| | ) Place: 1300 Clay Street |
| | )        Oakland, CA |
| | ) |
| | ) **Judge:   Randall J. Newsome** |
| | ) |

   Arch Bay Holdings, LLC-Series 2008B, its assignees and/or successors in interest ("Secured Creditor" or "Movant" herein), moves this Court for an Order Terminating the Automatic Stay of 11 U.S.C. § 362 as to moving party (and the Trustee under the Deed of Trust securing moving party's claim) so that moving party and its Trustee may commence and

1  continue all acts necessary to foreclose under the Deed of Trust secured by the Debtor's property,
2  commonly known as 1005 Barrett Avenue, Richmond, CA 94801, ("Property" herein).
3       As stated in the attached Declaration, the Debtor has failed to make 3 post-petition
4  payments (11/09 through 1/10).
5       Based on the foregoing, Secured Creditor alleges that Secured Creditor is not adequately
6  protected. Secured Creditor is not receiving regular monthly payments, and is unfairly delayed
7  from proceeding with the foreclosure of the subject Property. Accordingly, relief from the
8  automatic stay should be granted to Secured Creditor pursuant to 11 U.S.C. § 362(d)(1) and (2).
9       WHEREFORE, Secured Creditor prays for judgment as follows:

1. For an Order granting relief from the automatic stay, permitting Secured Creditor to proceed with the foreclosure under Secured Creditor's Deed of Trust, and to sell the subject Property at a trustee's sale under the terms of the Deed of Trust to proceed with any and all post foreclosure sale remedies, including the unlawful detainer action or any other action necessary to obtain possession of the Property.
2. For an Order that the fourteen day stay described by Bankruptcy Rule 4001(a)(3) be waived.
3. For an Order modifying the automatic stay to protect Secured Creditor's interest, as the Court deems proper.
4. For attorneys' fees and costs incurred herein.
5. For such other relief as the Court deems proper.

///
///
///
///
///
///
///
///
///

6. The Moving Party, at its option, may offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement as allowed by state law. The Movant may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

Dated: February 22, 2010             McCarthy & Holthus, LLP

By:  /s/ Jeffrey S. Totah
Jeffrey S. Totah, Esq.
Attorneys for Secured Creditor
Arch Bay Holdings, LLC-Series 2008B

3      File No. CA-09-16662
Motion for Relief from Automatic Stay, Case No.09-49662 N
Case: 09-49662    Doc# 24    Filed: 02/22/10    Entered: 02/22/10 14:27:55    Page 3 of 3